**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JESSICA SLIVAK, | : | CIVIL ACTION |
| vs. | : | NO. 18-03628 |
| PERKINS & MARIE CALLENDER'S, LLC. and RJ WATERS & ASSOCIATES, INC. | : | |

**O R D E R**

     **AND NOW, TO WIT:** This 23rd day of September, 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

     **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

     **KATE BARKMAN**, Clerk of Court

     **BY:** */s/ Katie Rolon*
          Katie Rolon
          Civil Deputy Clerk

Copies Emailed on 9/23/19 to:
  Arkady Eric Rayz, Esq.
  Gerald D. Wells, III, Esq.
  Robert J. Gray, Esq.
  Stephen Edward Connolly, Esq.
  Rudolph J. DiMassa, Jr., Esq.
  Matthew George Hauber, Esq.

Civ 2 (7/83)

41.1(b)